# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Tequan L. Brown, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    0:16-cv-02703-TMC-PJG |
| William R Byars, in his official capacity; Job H. Carmichael, Jr., | ) | |
| *Defendants* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Tequan L. Brown, shall take nothing of the defendants; Scott Lewis, J. Scott, Florence Mauney, F. Ogunsile, and this action is dismissed without prejudice.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Paige J. Gossett, United States Magistrate Judge, who granted plaintiff's motion to dismiss.

Date:   November 2, 2017

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

_____
*Signature of Clerk or Deputy Clerk*